# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 17-cv-01321-CMH-JFA |
| v. | ) |
| JOHN DOE subscriber assigned IP address 72.66.13.55, | ) |
| Defendant. | ) |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1(A)(1)(a) and (b), Plaintiff's parent corporation is General Media Systems, LLC. There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

Dated: November 27, 2017

Respectfully submitted,

/s/ *Jessica Haire*
Jessica Haire, Esq.
Va. Bar No. 82513
Attorney for Strike 3 Holdings, LLC
Fox Rothschild LLP
1030 15th Street, NW
Suite 380E
Washington, DC 20005
Phone: 202-461-3109
Fax: 202-461-3102
jhaire@foxrothschild.com

1